Christopher N. Manning (pro hac vice)
Edward C. Reddington (pro hac vice)
Tracey A. Fung (pro hac vice)
David Berman (pro hac vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
cmanning@wc.com
ereddington@wc.com
tfung@wc.com
dberman@wc.com

L. Eric Dowell (AZ Bar No. 011458)
Leah S. Freed (AZ Bar No.  021332)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:  (602) 778-3700
Fax:  (602) 778-3750
eric.dowell@ogletreedeakins.com
leah.freed@ogletreedeakins.com
Attorneys for Defendant MD Helicopters, Inc.

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Philip A. Marsteller and Ruth Marsteller,<br><br>                   Plaintiffs,<br><br>   vs.<br><br>MD Helicopters, Inc.,<br><br>                  Defendant. | No. CV14-01788-PHX-DLR<br><br>**DEFENDANT'S NOTICE OF FILING NON-ELECTRONIC EXHIBIT IN SUPPORT OF ITS MOTION IN LIMINE NO. 3** |

Pursuant to the Court's September 17, 2018 Order (Dkt. 572), Defendant MD Helicopters, Inc. ("MDHI") hereby gives notice of filing Exhibit 6 to its Motion in Limine No. 3 filed on September 12, 2018 (Dkt. 558), which is comprised of a CD containing the following audio recording:

| Exhibit No. | Description |
|---|---|
| 6 | Audio recording titled "Ex. 6.wav" |

A copy of the CD will be delivered to the Clerk's Office and served upon Plaintiffs.

RESPECTFULLY SUBMITTED this 18th day of September 2018.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: s/ L. Eric Dowell
    L. Eric Dowell (AZ Bar No. 011458)
    Leah S. Freed (AZ Bar No. 021332)
    2415 East Camelback Road, Suite 800
    Phoenix, Arizona 85016
    Telephone:  (602) 778-3700
    Facsimile:   (602) 778-3750
    eric.dowell@ogletreedeakins.com

**WILLIAMS & CONNOLLY LLP**

By: s/  Christopher N. Manning
    Christopher N. Manning (pro hac vice)
    Edward C. Reddington (pro hac vice)
    Tracey A. Fung (pro hac vice)
    David Berman (pro hac vice)
    725 Twelfth Street, N.W.
    Washington, DC 20005
    Telephone: (202) 434-5000
    Facsimile:   (202) 434-5029
    cmanning@wc.com
    ereddington@wc.com
    tfung@wc.com
    dberman@wc.com

*Attorneys for Defendant MD Helicopters, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Ruth Brown
Heather Lewis Donnell
Michael Kanovitz
Frank Newell
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL  60607
ruth@loevy.com
heather@loevy.com
mike@loevy.com
frank@loevy.com

*Attorneys for Plaintiffs Ruth and Philip Marsteller*

s/ Susan Stimson

35632206.1

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

3